[No. 8452–6–I.   Division One.   June 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DEANNA
M. CHRISTENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–8–02449–1, H. Joseph Coleman, J., entered January 29, 1980. *Affirmed* by unpublished opinion per

Corbett, J., concurred in by Ringold, A.C.J., and Swanson, J.